INVESTORS TITLE COMPANY,
Appellant,

v.

Mary K. GILLILAND, Respondent.

No. 67902.

Missouri Court of Appeals,
Eastern District,
Division Two.

April 16, 1996.

James V. Lankford, St. Charles, for appellant.

Brainerd W. Latourette, II, St. Louis, for respondent.

Before CRAHAN, P.J., and CRANDALL and DOWD, JJ.

*ORDER*

PER CURIAM.

Appellant Investors Title Co. appeals a final judgment of the Circuit Court of St. Louis County entered in favor of Respondent Mary K. Gilliland in an action for restitution involving payment of property taxes. Appellant complains the judgment was unsupport-

ed by the evidence and contradicts existing case law. We have reviewed the briefs and the record on appeal and find no error of law. An extended opinion would have no precedential value. The judgment is affirmed in accordance with Rule 84.16(b).